UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELLEN ARROYO, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>PROFESSIONAL RECOVERY SERVICES, INC., et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. CV F 09-0750 LJO SMS<br><br>**ORDER AFTER SETTLEMENT** |

　　　　The parties have filed a Notice of Settlement indicating that settlement has been reached. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than September 28, 2009,** to file appropriate papers for preliminary approval of the class settlement.

　　　　This Court VACATES all pending dates and matters.

　　　　Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:  August 24, 2009**　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE