UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELLEN ARROYO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PROFESSIONAL RECOVERY SERVICES, INC., et al., <br><br> Defendants. | CASE NO. CV F 09-0750 LJO SMS <br><br> **ORDER TO SHOW CAUSE** |

On August 21, 2009, the parties filed a Notice of Settlement indicating that settlement had been reached in this class action. On August 28, 2009, this Court issued an order ordering the parties to file their motion for preliminary approval of the class settlement **no later than September 28, 2009**. To date, the parties have failed to file their motion. The Court's August 28, 2009 order also stated: "Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order." (Doc. 21.)

Accordingly, the parties shall show cause in writing no later than October 14, 2009 why sanctions should not be imposed for failure to comply with this Court's order.

IT IS SO ORDERED.

**Dated:   October 5, 2009**              /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE