UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELLEN ARROYO, et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>PROFESSIONAL RECOVERY SERVICES, INC., et al.,<br><br>          Defendants.<br>_____/ | CASE NO. CV F 09-0750 LJO SMS<br><br>**ORDER DISCHARGING OSC** |

On August 21, 2009, the parties filed a Notice of Settlement indicating that settlement had been reached in this class action. On August 28, 2009, this Court issued an order ordering the parties to file their motion for preliminary approval of the class settlement no later than September 28, 2009. When the parties failed to timely submit their motion pursuant to the order, the Court issued an order to show cause on October 5, 2009 why sanctions should not be imposed for failure to comply with the Court's order. On October 9, 2009, the parties filed their motion for preliminary approval of the class settlement. On October 14, 2009, the parties filed a joint response to the order to show cause. Based upon the motion and the response, the order to show cause is hereby discharged.

IT IS SO ORDERED.

**Dated:   October 20, 2009**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE