UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELLEN ARROYO, et al.,<br><br>            Plaintiffs,<br><br>     vs.<br><br>PROFESSIONAL RECOVERY SERVICES, INC., et al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV F 09-0750 LJO SMS<br><br>**ORDER TO FILE SUPPLEMENTAL POINTS AND AUTHORITIES** |

On October 9, 2009, the parties filed a Joint Application for Certification of Settlement Class and Preliminary Approval of the Class Agreement. The parties request the Court to preliminarily approve the class settlement. The hearing is set for November 12, 2009 in Department 4.

The Court requires the parties to submit argument as to the merits of this class settlement. An initial presumption of fairness of a class settlement may be established by showing:

1. That the settlement has been arrived at by arm's-length bargaining;
2. That sufficient discovery has been taken or investigation completed to enable counsel and the court to act intelligently;
3. That the proponents of the settlement are counsel experienced in similar litigation; and
4. That the number of objectors or interests they represent is not large when compared to the class as a whole.

This initial presumption must then withstand the test of the plaintiffs' likelihood of success. Overall, the Court has the duty to determine whether the settlement is fair, reasonable, and adequate. *See*

1  *generally*, *Staton v. Boeing Co.*, 327 F.3d 938 (9th Cir. 2003)

2        The parties failed to submit any points and authorities which argue the issues that the Court must consider in preliminarily approving a settlement. The parties did not submit any evidence. The conclusory statement in paragraph 3 of the Application is insufficient. (Doc. 24 ("Counsel for the class has investigated the facts available to counsel and the applicable law. Based on the foregoing, and upon an analysis of the benefits which this Settlement Agreement affords the class, counsel for the class considers it to be in the best interest of the class to enter into this Settlement Agreement").) Indeed, the parties did not address why this particular settlement is fair, reasonable and adequate. Accordingly, the parties must file a joint points and authorities no later than November 6, 2009.

11  IT IS SO ORDERED.

12  **Dated:   October 30, 2009**                    **/s/ Lawrence J. O'Neill**
                                                                                  UNITED STATES DISTRICT JUDGE