UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARY ELLEN ARROYO, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROFESSIONAL RECOVERY SERVICES, INC., a New Jersey corporation, and JOHN TRIAN, individually and in his official capacity,<br><br>Defendants. | Case No.:  1:09-cv-00750 LJO SMS<br><br>**ORDER REGARDING STIPULATION AND JOINT MOTION REGARDING AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS** |

After considering the parties' Stipulation and Joint Motion Regarding Award of Reasonable Attorneys' Fees and Costs, the Court finds as follows:

1. No formal noticed motion for the determination of the reasonable attorneys' fees and costs incurred in conjunction with the prosecution of this matter is required; and

2. Defendant PROFESSIONAL RECOVERY SERVICES, INC. will pay Plaintiff's counsel, O. Randolph Bragg and Fred Schwinn, a total of eleven thousand dollars ($11,000) for full and complete payment of Plaintiff's attorney's fees and costs incurred in conjunction with the prosecution of this action, payment to be made within 30 days of the date of entry of this Order; and

- 1 -

-title-

3.  Plaintiff will not seek any additional attorneys' fees or costs related to this action.

**IT IS SO ORDERED.**

DATE:_June 2, 2010_____          /s/ Lawrence J. O'Neill_____
                                 Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE