IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELLEN ARROYO, et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>PROFESSIONAL RECOVERY SERVICES, INC., et al.,<br><br>          Defendants. | CASE NO. CV F 09-0750 LJO SMS<br><br>**ORDER TO FILE STATUS REPORT OR PAPERS TO DISMISS ACTION** |

Given the recent absence of activity in this action, this Court ORDERS the parties, no later than March 4, 2011, to file either: (1) a joint status report to explain the status of remaining matters; or (2) papers to dismiss this action in its entirety.

IT IS SO ORDERED.

**Dated:   February 23, 2011**              /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1