Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
ELLIS, LaVOIE, POIRIER,
 STEINHEIMER & McGEE LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendant PROFESSIONAL RECOVERY SERVICES, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARY ELLEN ARROYO, on behalf of herself and others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>PROFESSIONAL RECOVERY SERVICES, INC., a New Jersey corporation, and JOHN TRIAN, individually and in his official capacity,<br><br>   Defendants. | Case No.:  1:09-cv-00750 LJO SMS<br><br>**ORDER OF DISMISSAL** |

IT IS HEREBY ORDERED that pursuant to the Settlement entered between the parties and the parties' Stipulation of Dismissal, the case is hereby dismissed with prejudice.   The clerk is directed to close this action.


IT IS SO ORDERED.

   Dated:   **March 4, 2011**               /s/ Lawrence J. O'Neill
                                          UNITED STATES MAGISTRATE JUDGE